UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PAUL EVERT'S RV COUNTRY, INC.; PAUL EVERT; and CHARLES CURTIS,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br><br>    Defendant. | CIV. NO. 1:15-00124 WBS SKO<br><br>ORDER |

----oo0oo----

Plaintiffs Paul Evert's RV Country Inc., Paul Evert, and Charles Curtis initiated this suit against defendant Universal Underwriters Insurance Company alleging a breach of defendant's duty to defend. (Docket No. 1.) Presently before the court is plaintiffs' motion to strike defendant's counterclaim for declaratory relief as untimely pursuant to

1

Federal Rule of Civil Procedure 12(f) and motion to dismiss defendant's counterclaim for failure to state a claim pursuant to Rule 12(b)(6).  (Docket No. 20.)

        Defendant admits that it improperly filed its counterclaim without first obtaining leave of court and therefore does not oppose plaintiffs' motion to strike.  (Def.'s Non-Opp'n at 1 (Docket No. 24).)  Defendant has filed a motion for leave to file a new counterclaim, which is set for hearing on April 4, 2016.  (Docket No. 22.)  The court has not yet ruled on that motion.

        IT IS THEREFORE ORDERED that plaintiffs' motion to strike defendant's counterclaim for declaratory relief be, and the same hereby is, GRANTED.  IT IS FURTHER ORDERED that plaintiffs' motion to dismiss be, and the same hereby is, DENIED without prejudice to plaintiffs' right to file their motion to dismiss the new counterclaim if the court grants defendant's motion to file it.

Dated:  March 10, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2