James H. Wilkins, #116364
Quentin Cedar, #251153
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559)38-2390
Facsimile: (559)438-2393
j.wilkins@wdcllp.com
q.cedar@wdcllp.com

Attorneys for Plaintiffs, PAUL EVERT'S RV COUNTRY, INC., PAUL EVERT AND CHARLES CURTIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EVERT'S RV COUNTRY, INC., PAUL EVERT AND CHRLES CURTIS,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY, and DOES 1 through 25,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO.   1:15-CV-00124-WBS-SKO<br><br>PLAINTIFFS, PAUL EVERT'S RV COUNTRY, INC., PAUL EVERT AND CHARLES CURTIS' REQUEST TO APPEAR TELEPHONICALLY AT THE APRIL 4, 2016 HEARING ON DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIM FOR DECLARATORY RELIEF; [PROPOSED] ORDER<br><br>Date:    April 4, 2016<br>Time:    1:30 p.m.<br>Ctrm.:   5<br>Judge:   Honorable William B. Shubb |

Plaintiffs, PAUL EVERT'S RV COUNTRY, INC., PAUL EVERT and CHARLES CURTIS respectfully request the Court allow the telephonic appearance of their counsel, James H. Wilkins, at the Motion for Leave to File Amended Counterclaim for Declaratory Relief presently scheduled on April 4, 2016 at 1:30 p.m. in Department 5, to be heard before the Honorable William B. Shubb.

This request seeks Court permission for counsel, who is located in Fresno, California, to appear at the hearing telephonically to avoid incurring the additional expense of traveling the approximately six hour round trip drive from Fresno to the Court in Sacramento.

///

1  Accordingly, and for the above reasons, Plaintiffs, PAUL EVERT'S RV COUNTRY, INC., PAUL EVERT and CHARLES CURTIS respectfully request the Court order that counsel, James H. Wilkins, may appear at the hearing telephonically.   Counsel can be reached at (559)438-2390.

Dated: March 9, 2016

          WILKINS, DROLSHAGEN & CZESHINSKI LLP

          By  */s/ James H. Wilkins*
              James H. Wilkins
          Attorneys for Plaintiffs PAUL EVERT'S RV COUNTRY, INC., PAUL EVERT AND CHARLES CURTIS

**ORDER**

IT IS SO ORDERED.

The Courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated:   March 11, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE