James H. Wilkins, #116364
Quentin Cedar, #251153
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559)38-2390
Facsimile: (559)438-2393
j.wilkins@wdcllp.com
q.cedar@wdcllp.com

Attorneys for Plaintiffs, PAUL EVERT'S RV COUNTRY, INC., PAUL EVERT AND CHARLES CURTIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EVERT'S RV COUNTRY, INC., PAUL EVERT AND CHRLES CURTIS,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY, and DOES 1 through 25,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO.   1:15-CV-00124-WBS-SKO<br><br>PLAINTIFFS, PAUL EVERT'S RV COUNTRY, INC., PAUL EVERT AND CHARLES CURTIS' REQUEST TO APPEAR TELEPHONICALLY AT THE JUNE 13, 2016 HEARINGS ON PLAINTIFFS' MOTION TO STAY AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(f), (b)(6)); [~~PROPOSED~~] ORDER<br><br>Date:    June 13, 2016<br>Time:   1:30 p.m.<br>Ctrm.:   5<br>Judge:  Honorable William B. Shubb |

Plaintiffs, PAUL EVERT'S RV COUNTRY, INC., PAUL EVERT and CHARLES CURTIS respectfully request the Court allow the telephonic appearance of their counsel, Quentin Cedar, at the Motion to stay and Motion to Dismiss for Failure to State a Claim upon Which Relief Can Be Granted (FRCP 12(f), (b)(6)) presently scheduled on June 13, 2016 at 1:30 p.m. in Department 5, to be heard before the Honorable William B. Shubb.

This request seeks Court permission for counsel, who is located in Fresno, California, to appear at the hearings telephonically to avoid incurring the additional expense of traveling the approximately six hour round trip drive from Fresno to the Court in Sacramento.

Accordingly, and for the above reasons, Plaintiffs, PAUL EVERT'S RV COUNTRY, INC., PAUL EVERT and CHARLES CURTIS respectfully request the Court order that counsel, Quentin Cedar, may appear at the hearing telephonically.   Counsel can be reached at (559)438-2390.

Dated: May 24, 2016

WILKINS, DROLSHAGEN & CZESHINSKI LLP


By   /s/ James H. Wilkins_____
    James H. Wilkins
Attorneys for Plaintiffs PAUL EVERT'S RV COUNTRY, INC., PAUL EVERT AND CHARLES CURTIS

## ORDER

The court would benefit from the personal appearances of counsel at the arguments on the motions to be heard on June 13, 2016, and does not find that travel between Fresno and Sacramento for the hearing would be unduly burdensome under the circumstances.   The foregoing request to appear telephonically at the hearing on June 13, 2016 is therefore DENIED.

IT IS SO ORDERED.

Dated:   June 6, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE