UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PAUL EVERT'S RV COUNTRY, INC.; PAUL EVERT; and CHARLES CURTIS,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY; and DOES 1-25, inclusive,<br><br>        Defendant. | CIV. NO. 1:15-00124 WBS SKO<br><br>ORDER |
| AND RELATED COUNTERCLAIMS. | |

----oo0oo----

The parties' requests to seal, (Docket Nos. 65, 67), and plaintiffs' ex parte request that the court strike documents from the public docket, (Docket No. 70), are set for hearing on Monday, August 29, 2016 at 1:30 p.m. in Courtroom No. 5.

Plaintiffs' ex parte request that the court modify the

1

June 17, 2015 Status (Pretrial Scheduling) Order, (Docket No. 70), to extend the last day for filing motions from August 5, 2016 to August 8, 2016 in order to permit the late-filing of their motion for partial summary judgment on August 8, 2016 is GRANTED.

The hearing date for the parties' cross-motions for summary judgment is CONTINUED from September 6, 2016 to October 3, 2016 at 1:30 p.m.

IT IS SO ORDERED.

Dated: August 18, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE