UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PAUL EVERT'S RV COUNTRY, INC.; PAUL EVERT; and CHARLES CURTIS,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY; and DOES 1-25, inclusive,<br><br>    Defendant. | CIV. NO. 1:15-00124 WBS SKO<br><br><u>ORDER RE: REQUESTS TO SEAL</u> |
| AND RELATED COUNTERCLAIMS. | |

----oo0oo----

Plaintiffs Paul Evert's RV Country, Inc., Paul Evert, and Charles Curtis initiated this suit against defendant Universal Underwriters Insurance Company alleging a breach of defendant's duty to defend and indemnify. Defendant subsequently filed cross-claims for declaratory relief. Presently before the

1

1  court is defendant's request to file a number of exhibits to its
2  motion for summary judgment under seal, (Docket No. 65), and
3  plaintiffs' request to file select portions of two exhibits to
4  their cross-motion for summary judgment under seal or,
5  alternatively, to redact the selected portions, (Docket No. 67).
6  Plaintiffs also request that the court strike from the public
7  docket defendant's notice and motion for summary judgment,
8  separate statement in support of its motion for summary judgment,
9  and nearly all of the exhibits to defendant's motion for summary
10 judgment that defendant deemed non-privileged.  (Docket No. 70.)
11         On August 5, 2016, this court denied the parties'
12 requests that the court seal their cross-motions for summary
13 judgment, responsive briefs, and all supporting documents as
14 overly broad.  (Aug. 5, 2016 Order (Docket No. 64).)  For all the
15 reasons previously articulated in this court's August 5, 2016
16 Order, the court must again deny the parties' requests to seal
17 and strike.
18         Although plaintiffs contend that defendant's motion for
19 summary judgment and its supporting documents could be used
20 against them in the underlying state court action, they once
21 again fail to identify any _specific_ information that could be
22 damaging and to establish that their interest in sealing
23 outweighs the public's interests in disclosure and access.
24 Further, defendant conceded at the August 29, 2016 hearing that
25 it submitted its request to seal only because of plaintiffs'
26 general concerns regarding prejudice in the underlying state
27 court action.
28         Accordingly, the parties' requests will be denied

without prejudice.  Before filing their opposition to defendant's motion for summary judgment, plaintiffs may file both a full and redacted version of their opposition and an amended request to seal which makes clear exactly what might be harmful to them in the underlying state court action and should therefore be redacted.  Plaintiffs must file this renewed request to seal by September 9, 2016.

        IT IS THEREFORE ORDERED that the parties' requests to seal (Docket Nos. 65, 67) and plaintiffs' request that the court strike documents from the public docket (Docket No. 70) be, and the same hereby are, DENIED without prejudice.

Dated:  August 30, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE