Peter Sean Bradley, #109258
Law Office of Peter Sean Bradley
7045 North Fruit Avenue
Fresno, California 93711-0761
Telephone: (559) 431-3142
Facsimile: (559) 436-1135

Attorneys for Cross-Defendant, Aaron Lyon

IN THE UNITED STATES OF AMERICA
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EVERT'S RV COUNTRY, INC. PAUL EVERT and CHARLES CURTIS<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br><br>Defendants. | Case No. 1:15-CV-00124 WBS<br><br>ORDER RE REQUEST FOR TELEPHONIC APPEARANCE<br><br>DATE        10/31/16<br>TIME         9:00 A.M.<br>COURTROOM   5 |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Aaron Lyon's counsel may attend the hearing on the motions for summary judgment presently scheduled for Monday, October 31, 2016 at 9:00 a.m. by telephone.

The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

IT IS SO ORDERED.

Dated: October 27, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE