Peter Sean Bradley, #109258
Law Office of Peter Sean Bradley
7045 North Fruit Avenue
Fresno, California 93711-0761
Telephone: (559) 431-3142
Facsimile: (559) 436-1135

Attorneys for Cross-Defendant, Aaron Lyon

IN THE UNITED STATES OF AMERICA
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EVERT'S RV COUNTRY, INC. PAUL EVERT and CHARLES CURTIS<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No. 1:15-CV-00124<br><br>ORDER RE REQUEST FOR TELEPHONIC APPEARANCE<br><br>DATE　　　11/21/16<br>TIME　　　　1:30 P.M.<br>COURTROOM　5 |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Aaron Lyon's counsel may attend the pre-trial hearing presently scheduled for Monday, November 21, 2016 at 1:30 p.m. by telephone.

The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

IT IS SO ORDERED.

Dated: November 18, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE