UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PAUL EVERT'S RV COUNTRY, INC.; PAUL EVERT; and CHARLES CURTIS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY; and DOES 1-25, inclusive,<br><br>　　　　Defendant. | CIV. NO. 1:15-00124 WBS SKO<br><br>ORDER |
| AND RELATED COUNTERCLAIMS. | |

----oo0oo----

　　　A Pretrial Conference was held in this matter on November 21, 2016.  Upon discussion, the parties agreed--and the court approved--that the defendant will file a new limited motion for summary judgment.  This motion for summary judgment is limited to the three categories of damages discussed by defense

1

counsel during the Pretrial Conference.  If plaintiffs wish to have the court consider any additional issues on summary judgment, they must seek leave of the court to do so.

        Defendant shall file its motion for summary judgment on those issues no later than December 7, 2016.  Plaintiffs shall file their opposition to the motion no later than December 19, 2016.  Defendant shall file its reply in support of its motion for summary judgment no later than January 3, 2017.  The court will hear oral arguments on the motion for summary judgment on January 9, 2017, at 10:30 a.m. in Courtroom No. 5.  Once the court issues an order on this motion, a new Final Pretrial Conference will be set.

        Pursuant to the agreement of counsel and the discussion at the conference the trial date is continued to January 31, 2017.

        SO ORDERED.

Dated:  November 21, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE