Peter Sean Bradley, #109258
Law Office of Peter Sean Bradley
7045 North Fruit Avenue
Fresno, California 93711-0761
Telephone: (559) 431-3142
Facsimile: (559) 436-1135

Attorneys for Cross-Defendant, Aaron Lyon

IN THE UNITED STATES OF AMERICA
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EVERT'S RV COUNTRY, INC. PAUL EVERT and CHARLES CURTIS<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br><br>Defendants. | Case No. 1:15-CV-00124<br><br>ORDER RE REQUEST FOR TELEPHONIC APPEARANCE<br><br>DATE          1/9/17<br>TIME           10:30 P.M.<br>COURTROOM    5 |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Aaron Lyon's counsel may attend the hearing on the motion for summary judgment presently scheduled for Monday, January 9, 2017 at 10:30 a.m. by telephone.

The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call..

IT IS SO ORDERED.

Dated: November 22, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE