UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PAUL EVERT'S RV COUNTRY, INC.; PAUL EVERT; and CHARLES CURTIS,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY; and DOES 1-25, inclusive,<br><br>Defendants. | CIV. NO. 1:15-00124 WBS SKO<br><br>ORDER |
| AND RELATED COUNTERCLAIMS. | |

----oo0oo----

At the Pretrial Conference on November 21, 2016, the court permitted the filing of a new limited motion for summary judgment based on defendant's argument that plaintiffs have sustained no damages as a result of the conduct which forms the basis of plaintiffs' remaining causes of action.  The court has now read the briefs of the parties and considered the arguments of counsel on the new motion.

1

1          Defendant's argument that plaintiffs have sustained no
2   damages is based in large part on defendant's representation that
3   it agreed to indemnify plaintiffs for any award of compensatory
4   damages in the underlying action, a fact which the court does not
5   find to be supported by the record.  To the contrary, defendant
6   has asked this court for a declaratory judgment that it is not
7   required to indemnify plaintiffs for those damages.
8          Because the court cannot conclude that plaintiffs have
9   sustained no damages as a result of the alleged conduct upon
10  which plaintiffs' remaining claims are based, defendant's second
11  motion for summary judgment (Docket No. 115) is DENIED.
12  Dated:  January 9, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE