MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET SUITE 1125
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371   FACSIMILE: (510) 900-9381

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EVERT'S RV COUNTRY, INC., PAUL EVERT and CHARLES CURTIS,<br><br>　　Plaintiffs,<br><br>v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br><br>　　Defendant. | Case No. 1:15-cv-00124 WBS SKO<br><br>**STIPULATED JUDGMENT** |
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br><br>　　Cross-Complainant,<br><br>v.<br><br>PAUL EVERT'S RV COUNTRY, INC., PAUL EVERT and CHARLES CURTIS, AARON LYON and ROES 1-50, inclusive,<br><br>　　Cross-Defendants. | |

　　This matter arises out of the Superior Court's judgment and award in the matter of *Fresno RV et al. v. Paul Evert's RV Country Inc. et al.*, Fresno Superior Court Case No. 11-CE-CG-01433. On January 17, 2014, the Superior Court awarded $500,000 in compensatory damages ("the Compensatory Damage Award"); and $3,000,000 in punitive damages against Paul Evert,

$1,000,000 in punitive damages against Charles Curtis and $80,000 in punitive damages against Aaron Lyon ("the Punitive Damage Award"). The Superior Court's award of compensatory and punitive damages was reduced to a Judgment, and that Judgment is currently on appeal in *Fresno RV, Inc. et al. v. Paul Evert's RV Country, Inc. et al.*, Court of Appeal Case Number F071783.

Plaintiffs brought this action for breach of contract and breach of the covenant of good faith and fair dealing. Defendant filed a Counter-Complaint for Declaratory Relief against Plaintiffs and Aaron Lyon.

Defendant moved for summary judgment or, in the alternative, partial summary judgment, on all claims in the Complaint and Counter-Complaint. Plaintiffs filed a motion for partial summary judgment on Plaintiffs' Complaint. On November 18, 2016, this Court issued its Order re: Cross-Motions for Summary Judgment, Docket No. 108. The Court's Order granted partial summary judgment for Defendant on the issue of whether Plaintiffs and Lyon may recover damages from Defendant based on their liability for punitive damages in the underlying *Fresno RV* action. The Court's Order denied the remainder of the motions.

The Parties have reached an agreement that the November 18, 2016 Order should become the Stipulated Judgment of the Court on the issue of whether Plaintiffs or Lyon may recover damages from Defendant based on their liability for punitive damages in the underlying *Fresno RV* action, subject to appeal. Plaintiffs stipulate to the dismissal with prejudice of each of Plaintiffs' remaining claims for damages not based on the Punitive Damages Award. Defendant stipulates that in the event that the Judgment is overturned on appeal, Plaintiffs may seek damages based on Universal's denial of coverage for the Punitive Damages Award under any theory whatsoever, including but not limited to the contention that Defendant failed to provide a defense in the underlying litigation.

Defendant stipulates to the dismissal with prejudice of its claim for declaratory relief relating to insurance coverage for the Compensatory Damage Award. Defendant stipulates to the dismissal of its claim for declaratory relief that it provided a defense in the underlying matter as required by the Policy, without prejudice.

/ / /

The parties stipulate that each party shall bear its own costs and attorney's fees incurred in this matter.

DATED: January 27, 2017   WILKINS, DROLSHAGEN & CZESHINSKI LLP

By: /s/James Wilkins
    James H. Wilkins
    Attorneys for Paul Evert's RV Country, Inc.,
    Paul Evert and Charles Curtis

DATED: January 27, 2017   LAW OFFICES OF PETER SEAN BRADLEY

By: /s/Peter Sean Bradley
    Peter Sean Bradley
    Attorneys for Aaron Lyon

DATED: January 27, 2017   MOUND COTTON WOLLAN & GREENGRASS LLP

By: /s/Jonathan Gross
    Jonathan Gross
    Attorneys for Universal Underwriters Insurance Company

**PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE APPEARING, THE COURT ENTERS JUDGMENT AS FOLLOWS:**

Judgment is entered for Defendant on the issue of whether Plaintiffs and Aaron Lyon may recover damages from Defendant based on the Punitive Damages Award, pursuant to the Court's ruling on that issue in its November 18, 2016 Order re: Cross-Motions for Summary Judgment, Docket No. 108.

All other claims in Plaintiffs' Complaint are dismissed with prejudice.  This dismissal does not limit the relevant evidence that Plaintiffs may use to prove a claim for damages based on Universal's alleged breach of its duties relating to the Punitive Damages Award should they prevail on their appeal of this Judgment.

Defendant's claim for declaratory relief relating to the Compensatory Damage Award is dismissed with prejudice.  Defendant's claim for declaratory relief that it provided a defense in the underlying matter as required by the Policy is dismissed without prejudice.

Each party shall bear its own costs and attorney's fees incurred in this matter.

**IT IS SO ORDERED.**

Dated:  January 27, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE